UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL JAMES TREBAS, | No. CV 08-4809-FMC (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROBERT KNAPP, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Complaint Without Leave to Amend, IT IS ADJUDGED that this action is dismissed without leave to amend, but without prejudice to plaintiff bringing the action as a habeas petition.

DATED: December 2, 2008

_____
HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE